UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DARRELL KING,
                        Plaintiff,

v.                                                **ORDER**

CITY OF BEACON POLICE DEPARTMENT;      20 CV 5815 (VB)
and CITY OF BEACON,
                        Defendants.
--------------------------------------------------------------x

       By Order dated September 15, 2020 (Doc. #9), the Court instructed plaintiff to notify the Court by no later than September 21, 2020, whether he intended to file an amended complaint in response to defendants' September 11, 2020, motion to dismiss. The Court sua sponte extended plaintiff's time to comply with the Court's September 15, 2020 order to October 15, 2020. (Doc. #11).

       On October 14, 2020, plaintiff's counsel entered a notice of appearance and filed an amended complaint. (Docs. ##12–13). The Clerk rejected plaintiff's amended complaint on the same day and informed plaintiff' counsel that the document contained a filing error. Plaintiff re-filed his amended complaint on October 15, 2020. (Doc. #14). The Clerk again rejected the amended complaint on October 16, 2020 due to filing errors. To date, plaintiff has failed to correct any of filing errors identified by the Clerk on October 16, 2020.

       Likewise, pursuant to the Court's September 15, 2020 Order (Doc. #9), defendants' deadline to respond to the amended complaint was—at the latest—November 6, 2020. To date, defendants have failed to answer, move, or otherwise respond to the amended complaint. Defendants have also failed to inform the Court whether they intend to rely upon their original motion to dismiss.

       Accordingly, it is hereby ORDERED that by November 24, 2020, plaintiff shall re-file the amended complaint to cure any filing deficiencies. In addition, by December 8, 2020, defendants shall answer, move, or otherwise respond to the amended complaint.

Dated: November 10, 2020
       White Plains, NY                  SO ORDERED:

                                                      Vincent L. Briccetti
                                                      United States District Judge