**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DARRELL KING,

                     Plaintiff,

      -against-                                  20 **CIVIL** 5815 (VB)

                                                               **JUDGMENT**

CITY OF BEACON POLICE DEPARTMENT,
and CITY OF BEACON,

                     Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 20, 2021, the motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
           April 21, 2021

                                                         RUBY J. KRAJICK
                                                   _____
                                                          **Clerk of Court**
                                  **BY:**
                                                           **Deputy Clerk**